The People of the State of New York, Respondent, v. William Kott, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Claude Rothery, as Guardian ad Litem for Charles Umschneider, an Incompetent, Respondent, v. Paul Viane, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Frieda Yamner, an Infant, by Max Yamner, Her Guardian ad Litem, and Max Yamner, Respondents, v. Adolph Feller and Lillie Feller, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Arthur Block, Appellant, v. Thomas M. Farley, Sheriff of New York County, Respondent.— Determination affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ. [143 Misc. 785.]

Arthur Block, Appellant, v. Thomas M. Farley, Sheriff of New York County, Respondent.— Determination affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ. [143 Misc. 785.]

The People of the State of New York, Respondent, v. Max Morgenthal, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Terrace Credit Corporation, Appellant, v. The Chase National Bank of The City of New York, Respondent, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Libby Bernstein, Respondent, v. United States Fidelity and Guaranty Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Edgar A. Levy Leasing Company, Inc., Respondent, v. William Rosenblatt, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

United States Casualty Company, Respondent, v. American Railway Express Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Mary Vincent and Others, Respondents, v. Keystone Transportation Co., Inc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Ætna Life Insurance Company, Appellant, v. Minkoff Brothers, Inc., Respondent.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

Benjamin N. Kraut, Respondent, v. Worthington Pump and Machinery Corporation, Appellant.— Order so far as appealed from modified by granting motion without condition, and as so modified affirmed, with ten dollars costs and disbursements to the appellant, on the ground that the default was technical while the case was still pending in the United States court before remand. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.